UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJEET SINGH, A 246-775-395,<br>Petitioner,<br>v.<br>CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-0389 DJC AC<br><br><u>ORDER</u> |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 12. Respondents filed objections to the findings and recommendations, stating they object for the reasons staed in their responsive pleadings (ECF Nos. 7, 9). ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full.
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED on the Fifth Amendment procedural due process claim and the Immigration and Nationality Act ("INA") claim.
    a. The Court DECLARES that petitioner's re-detention on September 27, 2025, without pre-deprivation procedures violated petitioner's rights under the Fifth Amendment Due Process Clause and petitioner's detention without a bond hearing violated petitioner's rights under the INA.
    b. The Court DISMISS WITHOUT PREJUDICE the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted.
    c. The preliminary injunctive relief previously granted is made PERMANENT.
    d. This order does not address the circumstances in which Respondents may detain Petitioner in the event petitioner becomes subject to an executable final order of removal.
3. Respondents' motion to dismiss (ECF No. 7) and renewed motion to dismiss (ECF No. 9) are DENIED.
4. Petitioner's request for attorney's fees and costs is DENIED WITHOUT PREJUDICE to bringing a properly noticed and supported motion.
5. All other pending motions, if any, are DENIED as MOOT.

////

////

////

6. The Clerk of Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

sing0389.805.hc.2241.imm.jo